UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Disclosures must be filed on behalf of <u>all</u> parties to a civil, agency, bankruptcy or mandamus case, except that a disclosure statement is **not** required from the United States, from an indigent party, or from a state or local government in a pro se case. In mandamus cases arising from a civil or bankruptcy action, all parties to the action in the district court are considered parties to the mandamus case.

Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements.

If counsel is not a registered ECF filer and does not intend to file documents other than the required disclosure statement, counsel may file the disclosure statement in paper rather than electronic form. Counsel has a continuing duty to update this information.

No. __14-1109__     Caption: __Crossmann Communities of NC, Inc., et al. v. Harleysville Mut. Ins. Co__

Pursuant to FRAP 26.1 and Local Rule 26.1,

__Harleysville Mutual Insurance Company__
(name of party/amicus)

who is _____appellant_____, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)

1. Is party/amicus a publicly held corporation or other publicly held entity? ☐ YES ☑ NO

2. Does party/amicus have any parent corporations? ☑ YES ☐ NO
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
      Nationwide Mutual Insurance Company
      Nationwide Insurance Companies

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity? ☐ YES ☑ NO
   If yes, identify all such owners:

10/28/2013 SCC         - 1 -

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))?  ☐ YES ☑ NO
If yes, identify entity and nature of interest:

5. Is party a trade association? (amici curiae do not complete this question)  ☐ YES ☑ NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding?  ☐ YES ☑ NO
If yes, identify any trustee and the members of any creditors' committee:

Signature: /s Martha P. Brown    Date: 02/20/2014

Counsel for: Harleysville Mutual Insurance Co.

## CERTIFICATE OF SERVICE
***************************

I certify that on 02/20/2014 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Martin M. McNerney (mmcnerney@kslaw.com)
Taylor T. Lankford (tlankford@kslaw.com)
Keating L. Simons (klsimons@simonsanddean.com)
Christine C. Varnado (cvarnado@seibelsfirm.com)
Jason S. Luck (jluck@seibelsfirm.com)

Robert T. Strickland (tom@basjlaw.com)
Matthew G. Gerrald (matt@basjlaw.com)
Stephen P. Groves, Sr. (sgroves@nexsenpret.com)
Bradish J. Waring (bwaring@nexsenpruet.com)
Tracy L. Eggleston (teggleston@cozen.com)

/s Martha P. Brown    02/20/2014
(signature)    (date)