No. 14-1025 (L)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

BEAZER HOMES CORPORATION; CROSSMANN COMMUNITIES OF NORTH CAROLINA, INCORPORATED; CROSSMANN COMMUNITIES, INCORPORATED; BEAZER HOMES INVESTMENT CORPORATION,

*Defendants and Third-Party Plaintiffs – Appellants*,

v.

HARLEYSVILLE MUTUAL INSURANCE COMPANY,

*Third-Party Defendant – Appellee*,

and

TRUE BLUE GOLF & RACQUET RESORT HOMEOWNERS' ASSOCIATION,

*Defendant*,

and

CINCINNATI INSURANCE COMPANY,

*Plaintiff*.

_____

Appeal from the United States District Court
for the District of South Carolina (Florence Division)
Civil Action No. 4:09-cv-01379-RBH

_____

**MASSACHUSETTS BAY INSURANCE COMPANY'S RESPONSE TO MOTION FOR LEAVE TO FILE SEPARATE APPELLATE BRIEF**

_____

Christine Companion Varnado
Jason S. Luck
THE SEIBELS LAW FIRM, PA
127 King Street, Suite 100
Charleston, SC 29401
Telephone: (843) 722-6777
Facsimile: (843) 722-6781

*Counsel for Massachusetts Bay Insurance Company*

*(Caption Continued on Following Page)*

No. 14-1109

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

HARLEYSVILLE MUTUAL INSURANCE COMPANY,

*Third-Party Defendant – Appellant*,

v.

BEAZER HOMES CORPORATION; CROSSMANN COMMUNITIES OF NORTH CAROLINA, INCORPORATED; CROSSMANN COMMUNITIES, INCORPORATED; BEAZER HOMES INVESTMENT CORPORATION,

*Defendants and Third-Party Plaintiffs – Appellees*,

ILLINOIS UNION INSURANCE COMPANY; INDIANA INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; MASSACHUSETTS BAY INSURANCE COMPANY; REGENT INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY,

*Fourth-Party Defendants – Appellees*,

and

CINCINNATI INSURANCE COMPANY,

*Plaintiff*,

and

TRUE BLUE GOLF & RACQUET RESORT HOMEOWNERS' ASSOCIATION,

*Defendant.*

_____

Appeal from the United States District Court
for the District of South Carolina (Florence Division)
Civil Action No. 4:09-cv-01379-RBH

_____

# MASSACHUSETTS BAY INSURANCE COMPANY'S RESPONSE TO MOTION FOR LEAVE TO FILE SEPARATE APPELLATE BRIEF

Pursuant to Federal Rule of Appellate Procedure 27(a)(3), the Fourth Circuit Local Rules, and in accordance with the deputy Clerk's notice issued June 12, 2014, the Fourth-Party Defendant-Appellee, Massachusetts Bay Insurance Company, by and through its undersigned counsel, states that it has no objection to the Motion for Leave to File Separate Appellate Brief (Doc. No. 53) filed June 12, 2014, by Fourth-Party Defendants-Appellees American Guarantee and Liability Insurance Company and Steadfast Insurance Company.

Respectfully submitted, this the 23rd day of June, 2014,

/s/ Christine Companion Varnado
Christine Companion Varnado
Jason S. Luck
THE SEIBELS LAW FIRM, PA
127 King Street, Suite 100
Charleston, SC 29401
Telephone: (843) 722-6777
Facsimile: (843) 722-6781
cvarnado@seibelsfirm.com
jluck@seibelsfirm.com

*Counsel for Massachusetts Bay Insurance Company*

1

## CERTIFICATE OF SERVICE

I certify that on June 23, 2014 the foregoing document was served on all parties or their counsel of record through the Court's CM/ECF.

      /s/ Christine Companion Varnado
      Christine Companion Varnado

*Counsel for Massachusetts Bay Insurance Company*